# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHELLY BEARD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-3331 |
| | : | |
| **PHILADELPHIA CORPORATION FOR AGING** | : : | |

## ORDER

**AND NOW**, this 21st day of July 2023, upon considering defendant's motion to dismiss (DI 11), plaintiff's opposition (DI 15), defendant's reply (DI 16), following oral argument on July 18, 2023, and for reasons in the accompanying Memorandum, it is **ORDERED** defendant's motion to dismiss (DI 11) is **GRANTED** but we grant plaintiff leave to amend her complaint, if the facts allow, no later than **August 11, 2023**.

**MURPHY, J.**